**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING                                    (518) 436-1662
FIVE CLINTON SQUARE
ALBANY NY 12207

                                                        FAX: (518) 432-1996
                                              EMAIL: CDRIBUSCH@NYCAP.RR.COM

**JULY 6, 2009**

Re:    **In re GLENN E LARKIN**
       **LARKIN, DONNA M**
       **Case No. 04-16117-REL-7**
       Debtor(s) Social Security Number(s)- Last 4 digits

Dear MBNA AMERICA BANK N.A.,

   Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate.  You are receiving this distribution because you filed an allowed claim in the case.



| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 000013  | 5,959.12       | 5,959.12       | Total Payment - This Distribution: 322.57 |
|         |                |                |             |

   Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

                                   Sincerely,

                                   /s/ Christian H. Dribusch
                                   Christian H. Dribusch, Trustee

MBNA AMERICA BANK N.A.
ATT: Ken Holton Mailstop 1312
655 Papermill Rd.
Newark, DE 19711

7/6/2009 1:34:16 PM